| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher Celentino (131688)<br>Christopher.Celentino@dinsmore.com<br>Christopher B. Ghio (259094)<br>Christopher.Ghio@dinsmore.com<br>Yosina M. Lissebeck (201654)<br>Yosina.Lissebeck@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, California 92101<br>Tele: (619) 400-0500<br>Fax:  (619) 400-0501<br><br>☐  *Individual appearing without attorney*<br>    Richard A. Marshack, Trustee of the LPG<br>☒  *Attorney for:* Liquidation Trust | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -   SANTA ANA DIVISION**

| In re:<br>The Litigation Practice Group P.C.<br><br><br><br><br>                                                     Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br><br>ADVERSARY NO.: 8:25-ap-01216-SC<br><br>CHAPTER:   11 |
|---|---|
| Richard A. Marshack,<br><br>Trustee of the LPG Liquidation Trust,<br><br><br>                                     Plaintiff(s),<br><br>                    vs.<br><br>GMF Capital, LLC, a Delaware limited liability company; and Gary Fegel, an individual<br><br><br>                                   Defendant(s). | **REQUEST THAT THE CLERK ISSUE<br>ANOTHER SUMMONS AND<br>NOTICE OF STATUS CONFERENCE**<br><br>**[LBR 7004-1(a)(1)(B)]**<br><br><br><br>No hearing required [LBR 9013-1(p)] |

**PLEASE TAKE NOTICE THAT** *(name of party)*  Richard A. Marshack, Trustee of the LPG Liquidation Trust
requests that the clerk issue another Summons and Notice of Status Conference, for the reason(s) stated below. This request is made pursuant to LBR 9013-1(p), which allows the court to grant the request without a hearing.


☒ **A. ORIGINAL SUMMONS NOT TIMELY SERVED** [FRBP 7004(e)]

    1.  A summons was issued and filed by the clerk as docket entry #4_____ on *(date)* 04/04/2025_____.

    2.  The 7-day period to serve a summons ended on *(date)* 04/11/2025_____.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                                       Page 1                  **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**

3.  The period to serve a summons ended without service of the summons on the following previously named parties:

a. GMF Capital, LLC, a Delaware limited liability company _____

b. _____

c. _____

4. Therefore, another summons ("alias summons") is needed.

☐ **B. <u>NEW PARTY TO BE ADDED OR JOINED</u>** [FRBP 7014, 7019, 7020]

1.  Movant is: ☐ Plaintiff    ☐ Third-Party Plaintiff

2.  Name of the party(ies) to be added or joined:

a. _____

b. _____

c. _____

3.  The document that identifies the new party(ies) is filed as docket entry # _____ on *(date)* _____ :

☐ Amended Complaint

☐ Third-Party Complaint

4.  Therefore, another summons is needed to serve the new party(ies).

Date: 04/30/2025         Christopher B. Ghio _____
                         Print name of Movant or Attorney for Movant


                         /s/ Christopher B. Ghio _____
                         Signature of Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101

A true and correct copy of the foregoing document entitled: **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE [LBR 7004-(1)(a)(1)(C)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Christopher Ghio<br>on behalf of Plaintiff Richard A. Marshack | christopher.ghio@dinsmore.com<br>angelica.urena@dinsmore.com |
| Richard A. Marshack (TR) | pkraus@marshackhays.com<br>ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | Ustpregion16.sa.ecf@usdoj.gov |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 30, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2025 | Angelica Urena | /s/ *Angelica Urena* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 3                    **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**