Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
        vnewmark@pszjlaw.com
        hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for GMF Capital, LLC and Gary Fegel

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br><br>_____<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>GMF CAPITAL, LLC, a Delaware limited liability company; and Gary Fegel, an individual,<br><br>Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:25-ap-01216-SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 20, 2025<br>The Honorable Scott C. Clarkson |

**PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "Trustee") and Defendants GMF Capital, LLC ("GMF") and Gary Fegel ("Fegel," together with Defendant GMF and the Trustee, the "Parties"), hereby stipulate and agree (the "Stipulation"), through their respective counsel, as follows:

A. On March 20, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and preservation of 2-year actual fraudulent transfers; (2) avoidance, recovery, and preservation of 2-year constructive fraudulent transfers; (3) avoidance, recovery, and preservation of 4-year actual fraudulent transfers; (4) avoidance, recovery, and preservation of 4-year constructive fraudulent transfers; and (5) aiding and abetting. [Docket. No. 1].

B. On April 4, 2025, Plaintiff served Fegel with a copy of the Summons and Complaint. [Docket No. 5].

C. On May 1, 2025, Plaintiff served GMF with a copy of the Summons and Complaint. [Docket No. 9].

D. Currently, the deadlines for Fegel and GMF to respond to the Complaint are May 5, 2025 and May 30, 2025, respectively. [Docket Nos. 4, 8].

E. In order to allow the Parties to continue discussions regarding a potential resolution of this matter which may obviate the need for litigation of this matter, Plaintiff has agreed to extend the deadline for Fegel to file and serve a response to Plaintiff's Complaint from May 5, 2025 to **May 30, 2025**, so that it is the same as the deadline for GMF.

## STIPULATION

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1. The deadline for Defendant Gary Fegel to file and serve a response to Plaintiff's Complaint shall be extended from May 5, 2025 to **May 30, 2025**, so it is the same as the deadline for co-Defendant GMF Capital, LLC to file and serve a response to the Complaint.

**IT IS SO STIPULATED.**

/ / /

/ / /

2

PACHULSKI STANG ZIEHL & JONES LLP

| | | |
|---|---|---|
| 1 | Dated: May 5, 2025 | **DINSMORE & SHOHL LLP** |
| | | |
| | | By _____ |
| | | Christopher B. Ghio |
| | | |
| | | Special Counsel to Richard A. Marshack, Trustee of the LPG Liquidation Trust |
| 7 | Dated: May 5, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | | |
| | | By  /s/ Ira D. Kharasch |
| | | Ira D. Kharasch |
| | | |
| 12 | Dated: May 5, 2025 | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.** |
| | | |
| | | By _____ |
| | | Christopher B. Harwood (*pro hac vice* application forthcoming) |
| | | |
| | | Attorneys for GMF Capital, LLC and Gary Fegel |

3