United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

GMF Capital, LLC,
    Defendant

Adv. Proc. No. 25-01216-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: May 06, 2025      Form ID: pdf031      Total Noticed: 3

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | GMF Capital, LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808-1645 |
| dft | Gary Fegel, 79 W 12th Street, Apt. 9E, New York, NY 10011-8513 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | May 07 2025 01:11:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com angelica.urena@dinsmore.com |
| Ira David Kharasch | on behalf of Defendant GMF Capital  LLC ikharasch@pszjlaw.com |
| Ira David Kharasch | on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: May 06, 2025 | Form ID: pdf031 | Total Noticed: 3 |

Victoria Newmark
    on behalf of Defendant GMF Capital  LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

TOTAL: 7

Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: ikharasch@pszjlaw.com
　　　　vnewmark@pszjlaw.com
　　　　hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile: 212-856-9494
E-mail: charwood@maglaw.com

Attorneys for GMF Capital, LLC and Gary Fegel

**FILED & ENTERED**

**MAY 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>　　　　Debtor.<br> | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:25-ap-01216-SC<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 20, 2025<br>The Honorable Scott C. Clarkson |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>GMF CAPITAL, LLC, a Delaware limited liability company; and Gary Fegel, an individual,<br><br>　　　　Defendants. | |

The Court has read and considered the *Stipulation to Extend Time to Respond to Complaint* (the "Stipulation"), [Docket No. 10], entered into by and between the Trustee and Defendants GMF Capital, LLC and Gary Fegel, and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The deadline for Defendant Gary Fegel to file and serve a response to Plaintiff's Complaint shall be extended from May 5, 2025 to **May 30, 2025**, which is the same as the deadline for co-Defendant GMF Capital, LLC to file and serve a response to the Complaint.

###

Date: May 6, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2