Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
      vnewmark@pszjlaw.com
      hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for GMF Capital, LLC and Gary Fegel

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>        Debtor.<br><br>―――――――――――――――<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>        Plaintiff,<br><br>        vs.<br><br>GMF CAPITAL, LLC, a Delaware limited liability company; and Gary Fegel, an individual,<br><br>        Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01216-SC<br><br>**STIPULATION TO CONTINUE DEADLINES**<br><br>Complaint Filed: March 20, 2025<br>The Honorable Scott C. Clarkson |

**PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "Trustee") and Defendants GMF Capital, LLC ("GMF") and Gary Fegel ("Fegel," together with Defendant GMF and the Trustee, the "Parties"), hereby stipulate and agree (the "Stipulation"), through their respective counsel, as follows:

A. On March 20, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and preservation of 2-year actual fraudulent transfers; (2) avoidance, recovery, and preservation of 2-year constructive fraudulent transfers; (3) avoidance, recovery, and preservation of 4-year actual fraudulent transfers; (4) avoidance, recovery, and preservation of 4-year constructive fraudulent transfers; and (5) aiding and abetting. [Docket. No. 1].

B. On April 4, 2025, Plaintiff served Fegel with a copy of the Summons and Complaint. [Docket No. 5].

C. On May 1, 2025, Plaintiff served GMF with a copy of the Summons and Complaint. [Docket No. 9].

D. Currently, the status conferences for Fegel and GMF are to be held on May 30, 2025 at 1:30 p.m. and July 17, 2025 at 1:30 p.m., respectively. [*Id.*]

E. On May 5, 2025, the Parties filed a stipulation extending Fegel's time to file and serve any response to Plaintiff's Complaint from May 5, 2025 to May 30, 2025. [Docket No. 10].

F. On May 6, 2025, the Court approved the Parties' stipulation. [Docket No. 13].

G. Based on discussions that have occurred between the Parties, the Parties anticipate being able to resolve this matter without the need for further litigation. Plaintiff therefore has agreed to continue the deadline for Fegel and GMF to file and serve a response to Plaintiff's Complaint from May 30, 2025 to **July 7, 2025**. Plaintiff has also agreed to continue the status conferences for Fegel and GMF from May 30, 2025 at 1:30 p.m. and July 17, 2025 at 1:30 p.m., respectively, to **August 7, 2025** at 1:30 p.m.

/ / /

/ / /

/ / /

/ / /

# STIPULATION

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1. The deadlines for Gary Fegel and GMF Capital, LLC to file and serve any response to Plaintiff's Complaint shall be continued to **July 7, 2025**.

2. The May 30, 2025 and July 17, 2025 status conferences for Gary Fegel and GMF Capital, LLC shall be continued to **August 7, 2025** at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: May 12, 2025    **DINSMORE & SHOHL LLP**

By _____
Christopher B. Ghio
Special Counsel to Richard A. Marshack, Trustee of the LPG Liquidation Trust

Dated: May 12, 2025    **PACHULSKI STANG ZIEHL & JONES LLP**

By    /s/*Ira D. Kharash*
Ira D. Kharasch

Dated: May 12, 2025    **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

By _____
Christopher B. Harwood (*pro hac vice* application forthcoming)

Attorneys for GMF Capital, LLC and Gary Fegel.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE DEADLINES**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**8:25-ap-01216-SC Notice will be electronically mailed to:**
Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com

Ira David Kharasch on behalf of Defendant GMF Capital, LLC, ikharasch@pszjlaw.com
Ira David Kharasch on behalf of Defendant Gary Fegel, ikharasch@pszjlaw.com

Richard A Marshack (TR), pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Victoria Newmark on behalf of Defendant GMF Capital, LLC vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
Victoria Newmark on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2025 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
4908-6382-3414.1 15344.001

**F 9013-3.1.PROOF.SERVICE**