Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for GMF Capital, LLC and Gary Fegel

**FILED & ENTERED**

**SEP 11 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor.<br><br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>    Plaintiff,<br><br>    vs.<br><br>GMF CAPITAL, LLC, a Delaware limited liability company; and Gary Fegel, an individual,<br><br>    Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01216-SC<br><br>**ORDER APPROVING FOURTH STIPULATION TO CONTINUE DEADLINES**<br><br>Complaint Filed: March 20, 2025<br>The Honorable Scott C. Clarkson |

The Court has read and considered the *Fourth Stipulation to Continue Deadlines* (the "Stipulation"), [Docket No. 24], entered into by and between the Trustee and Defendants GMF Capital, LLC and Gary Fegel, and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The deadlines for Gary Fegel and GMF Capital, LLC to file and serve any response to Plaintiff's Complaint shall be continued to **October 13, 2025**.

2. The August 7, 2025 status conference for Gary Fegel and GMF Capital, LLC shall be continued to **November 13, 2025** at 1:30 p.m. with a joint status report due 14 days in advance.

3. No further continuances will be permitted absent a concrete and fulsome demonstration of good cause depicting forward progress.

### ###

Date: September 11, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2