United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

GMF Capital, LLC,
    Defendant

Adv. Proc. No. 25-01216-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Oct 20, 2025      Form ID: pdf031      Total Noticed: 3

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | GMF Capital, LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808-1645 |
| dft | Gary Fegel, 79 W 12th Street, Apt. 9E, New York, NY 10011-8513 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Oct 21 2025 01:22:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon J. Iskander | on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| Christopher Ghio | on behalf of Plaintiff Richard A. Marshack christopher.ghio@dinsmore.com bonnie.connolly@dinsmore.com |
| Christopher Ghio | on behalf of Defendant GMF Capital LLC christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf031 | Total Noticed: 3 |

Christopher Ghio
    on behalf of Trustee Richard A Marshack (TR) christopher.ghio@dinsmore.com  bonnie.connolly@dinsmore.com

Ira David Kharasch
    on behalf of Defendant GMF Capital  LLC ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Defendant Gary Fegel ikharasch@pszjlaw.com

Ira David Kharasch
    on behalf of Trustee Richard A Marshack (TR) ikharasch@pszjlaw.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
    on behalf of Defendant Gary Fegel vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark
    on behalf of Defendant GMF Capital  LLC vnewmark@pszjlaw.com,
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

TOTAL: 11

Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
             vnewmark@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for GMF Capital, LLC and Gary Fegel

**FILED & ENTERED**

**OCT 20 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br><br>———————————————<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>GMF CAPITAL, LLC, a Delaware limited liability company; and Gary Fegel, an individual,<br><br>Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01216-SC<br><br>**ORDER APPROVING FIFTH STIPULATION TO CONTINUE DEADLINES**<br><br>Complaint Filed: March 20, 2025<br>The Honorable Scott C. Clarkson |

PACHULSKI STANG ZIEHL & JONES LLP

The Court has read and considered the *Fifth Stipulation to Continue Deadlines* (the "Stipulation"), [Docket No. 25], entered into by and between the Trustee and Defendants GMF Capital, LLC and Gary Fegel, and has found good cause to approve the Stipulation.

**IT IS ORDERED:**

1. The deadlines for Gary Fegel and GMF Capital, LLC to file and serve any response to Plaintiff's Complaint shall be continued to **November 13, 2025**.

2. The November 13, 2025 status conference shall be continued to **December 18, 2025** at 1:30 p.m. A status report is due 14 days in advance.

3. No further continuances will be permitted absent a concrete and fulsome demonstration of good cause depicting forward progress.

# # #

Date: October 20, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2